Daniel Huddleston, appellant, v. Florence Huddleston, appellee.

Petition for citation to show cause why appellant should not be punished for contempt of court in failing to pay alimony. Special appearance, motion to quash writ denied, demurrer sustained to plea in abatement, default entered and bond for appearance forfeited. Appeal from the City Court of Alton; the Hon. Levi D. Yager, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded. Opinion filed November 10, 1921.

William P. Boynton, for appellant. C. C. Ellison, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Samuel L. Nichols, executor, appellee, v. William A. Fleming, appellant.

Action for damages for negligent death caused by a motor truck driven by defendant's servant. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1921. Reversed with finding of facts. Opinion filed November 10, 1921. Certiorari denied by Supreme Court (making opinion final).

D. E. Keefe, for appellant; S. W. Baxter and W. P. Boynton, of counsel. Burton & Burton, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Julia Lippard, appellee, v. Lourinda Hart, appellant.

Assumpsit for the use of rooms and furniture and for board. General issue with notice of set-off or recoupment for the use and occupation of a house. Judgment for plaintiff. Appeal from the Circuit Court of Massac county; the Hon. D. T. Hartwell, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded. Opinion filed November 10, 1921.

H. A. Evans, for appellant. Fred R. Young, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Ab Satterly, appellee, v. John Barton Payne, director general of railroads, appellant.

Action for damages for injuries to mules on a trestle. Judgment for plaintiff. Appeal from the Circuit Court of Gallatin county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded. Opinion filed November 10, 1921.

Roedel & Roedel. Kramer, Kramer & Campbell and R. H. Wiechert, for appellant. William Denton, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.